IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRANDY MILLER, JONATHHAN VARGAS PEDROZA, JESUS AMADO VARGAS CORRALES, JOSE GONZALEZ-PEREZ, VICTOR R. RAMOS, and PHILIP D. AUSHERMAN,

Defendants.

**8:24CR195**

**FINAL ORDER OF FORFEITURE**

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 370. Having reviewed the record in this case, the Court finds as follows:

1. On November 6, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Jesus Amado Vargas Corrales's interest in $4,000.00 in United States currency; $1,832.00 in United States currency; $650.00 in United States currency; $4,103.00 in United States currency; and a black 2017 Hyundai Santa Fe Hybrid (hereinafter "Property"). Filing 169.

2. On February 17, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Brandy Miller's interest in the Property. Filing 203.

3. On May 6, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Jose Gonzalez-Perez's interest in the Property. Filing 297.

4. On May 6, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Victor R. Ramos's interest in the Property. Filing 298.

5. On May 19, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Jonathan Vargas Pedroza's interest in the Property. Filing 309.

6. On July 17, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Philip D. Ausherman's interest in the Property. Filing 326.

7. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 14, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on August 21, 2026. Filing 369.

8. The United States advises the Court that no party has filed a petition in this matter regarding the Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

9. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Final Order of Forfeiture Filing 370 is granted;

2. All right, title and interest in the $4,000.00 in United States currency; $1,832.00 in United States currency; $650.00 in United States currency; $4,103.00 in United States currency; and a black 2017 Hyundai Santa Fe Hybrid seized from the Defendants, held by any person or entity are forever barred and foreclosed;

3. The $4,000.00 in United States currency; $1,832.00 in United States currency; $650.00 in United States currency; $4,103.00 in United States currency; and a black 2017 Hyundai Santa Fe Hybrid are forfeited to the Government; and

4. The Government is directed to dispose the $4,000.00 in United States currency;

$1,832.00 in United States currency; $650.00 in United States currency; $4,103.00 in United States currency; and a black 2017 Hyundai Santa Fe Hybrid in accordance with the law.

Dated this 15th day of September, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge